# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JANE DOE, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>   v.<br><br>Deval L. Patrick, Governor of the Commonwealth of Massachusetts; Massachusetts Department of Correction; Luis S. Spencer, Commissioner of the Massachusetts Department of Correction; and Lynn Bissonnette, Superintendent of the Massachusetts Correctional Institution at Framingham,<br><br>            Defendants. | Civil Action No. 1:14-cv-12813<br><br>**Oral Argument Requested** |

## PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

Plaintiff Jane Doe, on behalf of herself and all others similarly situated, moves for class certification under Federal Rules of Civil Procedure 23(a) and 23(b)(2). The proposed class consists of:

> All women who are now or will be imprisoned at MCI-Framingham based solely on a civil commitment under Massachusetts General Laws Chapter 123, Section 35.

In support of the Motion, Plaintiff relies on the accompanying Memorandum of Law and attached exhibits.

Plaintiff further moves for the appointment of the undersigned counsel as class counsel pursuant to Federal Rule of Civil Procedure 23(g).

In the alternative, if the Court finds Plaintiff has not established the requirements for certification, Plaintiff requests class discovery.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Counsel respectfully asks the Court for a hearing on this motion.

## CERTIFICATION WITH RESPECT TO LOCAL RULE 7.1(A)(2)

Because Defendants' counsel have not yet been served with the complaint, and have thus not appeared, counsel have not been able to meet and confer regarding this motion. Plaintiff's counsel will meet and confer with Defendants' counsel regarding this motion upon their appearance.

Dated:   June 30, 2014                     Respectfully submitted,

/s/ William F. Lee
William F. Lee (BBO# 291960)
Lisa J. Pirozzolo (BBO# 561922)
Sean K. Thompson (BBO# 624880)
WILMER CUTLER PICKERING
 HALE AND DORR, LLP
60 State Street
Boston, MA  02109
Telephone:  617-526-6000
Facsimile:  617-526-5000
william.lee@wilmerhale.com
lisa.pirozzolo@wilmerhale.com
sean.thompson@wilmerhale.com

Matthew R. Segal (BBO# 654489)
Jessie J. Rossman (BBO# 670685)
AMERICAN CIVIL LIBERTIES UNION
 FOUNDATION OF MASSACHUSETTS
211 Congress Street, 3rd Floor
Boston, MA  02110
Telephone:  617-482-3170
Facsimile:  617-451-0009
msegal@aclum.org
jrossman@aclum.org

Robert D. Fleischner (BBO# 171320)
Samuel R. Miller (BBO# 624969)
(*pro hac vice application forthcoming*)
CENTER FOR PUBLIC REPRESENTATION
22 Green Street
Northampton, MA  01060
Telephone:  413-586-6024
Facsimile:  413-586-5711
rfleischner@cpr-ma.org
smiller@cpr-ma.org

James R. Pingeon (BBO# 541852)
Bonita P. Tenneriello (BBO# 662132)
PRISONERS' LEGAL SERVICES
10 Winthrop Square, 3rd Floor
Boston, MA  02110
Telephone:  617-482-2773
Facsimile:  617-451-6383
jpingeon@plsma.org
btenneriello@plsma.org

*Attorneys for Plaintiff Jane Doe*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon each party below by mail on June 30, 2014.

Deval L. Patrick
Governor of the Commonwealth of Massachusetts
Massachusetts State House
Office of the Governor
Room 105
Boston, Massachusetts 02133

Massachusetts Department of Correction
DOC Central Headquarters
50 Maple Street
Suite 3
Milford, Massachusetts 01757

Luis S. Spencer
DOC Central Headquarters
50 Maple Street
Suite 3
Milford, Massachusetts 01757

Lynn Bissonnette
MCI-Framingham
99 Loring Drive
P.O. Box 9007
Framingham, Massachusetts 01701

/s/ William F. Lee

William F. Lee