UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Jane Doe, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiffs, ) | Civil Action No.1:14-cv-12813 |
| v. ) ) ) | |
| Deval L. Patrick, Governor of the Commonwealth of Massachusetts; Massachusetts Department of Correction; Luis S. Spencer, Commissioner of the Massachusetts Department of Correction; and Lynn Bissonnette, Superintendent of the Massachusetts Correctional Institution at Framingham, ) ) ) ) ) ) ) ) ) ) | **Oral Argument Requested** |
| Defendants. ) | |

## MOTION FOR LEAVE TO PROCEED PSEUDONYMOUSLY

Upon the accompanying Memorandum of Law and Proposed Order, Plaintiff hereby moves this Court for an Order granting her leave to proceed in this case under a pseudonym to prevent the public disclosure of her mental health status.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Plaintiff respectfully requests that the Court hold oral argument on this motion.

### CERTIFICATION WITH RESPECT TO LOCAL RULE 7.1(A)(2)

Because Defendants' counsel have not yet been served with the complaint, and have thus not appeared, counsel have not been able to formally meet and confer regarding this motion.

1

However, Plaintiff's counsel has discussed the motion with William Saltzman, Senior Litigation Counsel for the Massachusetts Department of Correction. Mr. Saltzman stated that the Department of Correction did not intend to object to Plaintiff's Motion to Proceed Pseudonymously. Plaintiff's counsel will formally meet and confer with Defendants' counsel regarding this motion upon their appearance.

Dated:  July 1, 2014                            Respectfully submitted,

/s/ William F. Lee
William F. Lee (BBO# 291960)
Lisa J. Pirozzolo (BBO# 561922)
Sean K. Thompson (BBO# 624880)
WILMER CUTLER PICKERING
 HALE AND DORR, LLP
60 State Street
Boston, MA  02109
Telephone:  617-526-6000
Facsimile:  617-526-5000
william.lee@wilmerhale.com
lisa.pirozzolo@wilmerhale.com
sean.thompson@wilmerhale.com

Matthew R. Segal (BBO# 654489)
Jessie J. Rossman (BBO# 670685)
AMERICAN CIVIL LIBERTIES UNION
 FOUNDATION OF MASSACHUSETTS
211 Congress Street, 3rd Floor
Boston, MA  02110
Telephone:  617-482-3170
Facsimile:  617-451-0009
msegal@aclum.org
jrossman@aclum.org

        Robert D. Fleischner (BBO# 171320)
        Samuel R. Miller (BBO# 624969)
          (*pro hac vice application forthcoming*)
        CENTER FOR PUBLIC REPRESENTATION
        22 Green Street
        Northampton, MA  01060
        Telephone:  413-586-6024
        Facsimile:  413-586-5711
        rfleischner@cpr-ma.org
        smiller@cpr-ma.org

        James R. Pingeon (BBO# 541852)
        Bonita P. Tenneriello (BBO# 662132)
        PRISONERS' LEGAL SERVICES
        10 Winthrop Square, 3rd Floor
        Boston, MA  02110
        Telephone:  617-482-2773
        Facsimile:  617-451-6383
        jpingeon@plsma.org
        btenneriello@plsma.org

        *Attorneys for Plaintiff Jane Doe*

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document was served upon each party below by mail on July 1, 2014.

Deval L. Patrick
Governor of the Commonwealth of Massachusetts
Massachusetts State House
Office of the Governor
Room 105
Boston, Massachusetts 02133

Massachusetts Department of Correction
DOC Central Headquarters
50 Maple Street
Suite 3
Milford, Massachusetts 01757

Luis S. Spencer
DOC Central Headquarters
50 Maple Street
Suite 3
Milford, Massachusetts 01757

Lynn Bissonnette
MCI-Framingham
99 Loring Drive
P.O. Box 9007
Framingham, Massachusetts 01701

                                                  /s/ William F. Lee

                                                  William F. Lee