UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Jane Doe, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>Deval L. Patrick, Governor of the Commonwealth of Massachusetts; Massachusetts Department of Correction; Luis S. Spencer, Commissioner of the Massachusetts Department of Correction; and Lynn Bissonnette, Superintendent of the Massachusetts Correctional Institution at Framingham,<br><br>　　　　　　Defendants. | Civil Action No. 1:14-cv-12813 |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO PROCEED PSEUDONYMOUSLY

This matter is before the Court on motion of the Plaintiff for leave to proceed in this case under a pseudonym.

The Court **GRANTS** the motion. Accordingly, it is hereby **ORDERED** that Plaintiff may proceed under the pseudonym Jane Doe. It is **FURTHER ORDERED** that, within five days of the entry of this Order, Plaintiff's counsel will notify the Court and Defendants' counsel of record of Plaintiff's true name. Defendants' counsel shall not reveal Plaintiff's true name to

anyone, and the Clerk will maintain Plaintiff's true name under seal.


IT IS SO ORDERED.


Dated: _____                    _____
                                            United States District Judge