# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

JANE DOE

*Plaintiff*

v.

Civil Action No.: **1:14−CV−12813−JCB**

DEVAL PATRICK, ET AL.

*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Luis S. Spencer
DOC Central Headquarters
50 Maple Street, Suite 3
Milford, MA 01757

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) −−− or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) −−− you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiffs attorney, whose name and address are:

William F. Lee
WilmerHale
60 State Street
Boston, MA 02109

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**

CLERK OF COURT

/s/ − **Clarilde M Geraldino−Karasek**

*Signature of Clerk or Deputy Clerk*



ISSUED ON 2014−07−01 12:49:45.0, Clerk USDC DMA

Civil Action No.: **1:14−CV−12813−JCB**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for (name of individual and title, if any) __Mr. Luis S. Spencer__

was received by me on (date) __7/1/14__ .

☐ I personally served the summons on the individual at (place) _____

_____ on (date) _____ ; or

☐ I left the summons at the individuals residence or usual place of abode with (name) _____

_____ , a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individuals last known address; or

☐ I served the summons on (name of individual) _____ , who is

designated by law to accept service of process on behalf of (name of organization) _____

_____ on (date) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other (specify): Counsel for Luis Spencer agreed to accept service via email, which was completed on July 1, 2014

My fees are $ ____ for travel and $ ____ for services, for a total of $ ____ .

I declare under penalty of perjury that this information is true.

__7/1/14__
Date

_____
Server's Signature

Sean Thompson, WilmerHale
*Printed name and title*

60 State Street, Boston, MA  02109
*Server's Address*

Additional information regarding attempted service, etc: