# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Jane Doe, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> Deval L. Patrick, Governor of the Commonwealth of Massachusetts; Massachusetts Department of Correction; Luis S. Spencer, Commissioner of the Massachusetts Department of Correction; and Lynn Bissonnette, Superintendent of the Massachusetts Correctional Institution at Framingham, <br><br> Defendants. | Civil Action No. 1:14-cv-12813 |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), notice is hereby given of the appearance of Lisa J. Pirozzolo as counsel for Plaintiff in the above action.

Dated:  July 2, 2014

Respectfully submitted,

/s/ Lisa J. Pirozzolo
Lisa J. Pirozzolo (BBO# 561922)
WILMER CUTLER PICKERING
 HALE AND DORR, LLP
60 State Street
Boston, MA  02109
Telephone:  617-526-6000
Facsimile:  617-526-5000
lisa.pirozzolo@wilmerhale.com

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document, filed through the ECF system, will be sent electronically to the registered participants of record as identified on the Notice of Electronic Filing on July 2, 2014.

                                      /s/ Lisa J. Pirozzolo
                                      Lisa J. Pirozzolo