UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Jane Doe, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> Deval L. Patrick, Governor of the Commonwealth of Massachusetts; Massachusetts Department of Correction; Luis S. Spencer, Commissioner of the Massachusetts Department of Correction; and Lynn Bissonnette, Superintendent of the Massachusetts Correctional Institution at Framingham, <br><br> Defendants. | CA. No: 1:14-cv-12813 |

## NOTICE OF APPEARANCE

Please enter my appearance in this matter on behalf of plaintiff Jane Doe.

Respectfully submitted,

 /s/ Matthew R. Segal
Matthew R. Segal (BBO # 654489)
American Civil Liberties Union Foundation
   of Massachusetts
211 Congress Street
Boston, MA 02110
(617) 482-3170
msegal@aclum.org

Dated:  July 2, 2014

## CERTIFICATE OF SERVICE

  I, Matthew R. Segal, hereby certify, under the pains and penalties of perjury, that on this day, July 2, 2014, a copy of the foregoing document was served by first class mail upon: Nancy White, General Counsel and William D. Saltzman, Senior Litigation Counsel, Massachusetts Department of Correction, Legal Division, 70 Franklin Street, Suite 600, Boston, Massachusetts 02110; Deval L. Patrick, Governor of the Commonwealth of Massachusetts, Massachusetts State House, Office of the Governor, Room 105, Boston, Massachusetts 02133; Lynn Bissonnette, MCI-Framingham, 99 Loring Drive, P.O. Box 9007, Framingham, Massachusetts 10701.

            /s/ Matthew R. Segal
            Matthew R. Segal