UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Jane Doe, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) CA. No: 1:14-cv-12813 |
| v. | ) ) ) |
| Deval L. Patrick, Governor of the Commonwealth of Massachusetts; Massachusetts Department of Correction; Luis S. Spencer, Commissioner of the Massachusetts Department of Correction; and Lynn Bissonnette, Superintendent of the Massachusetts Correctional Institution at Framingham, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## NOTICE OF APPEARANCE

Please enter my appearance in this matter on behalf of plaintiff Jane Doe.

                                            Respectfully submitted,

                                            /s/ Jessie J. Rossman
                                          Jessie J. Rossman (BBO # 670685)
                                          American Civil Liberties Union Foundation
                                              of Massachusetts
                                          211 Congress Street
                                          Boston, MA 02110
                                          (617) 482-3170
                                          jrossman@aclum.org

Dated:  July 2, 2014

## CERTIFICATE OF SERVICE

     I, Jessie J. Rossman, hereby certify, under the pains and penalties of perjury, that on this day, July 2, 2014, a copy of the foregoing document was served by first class mail upon: Nancy White, General Counsel and William D. Saltzman, Senior Litigation Counsel, Massachusetts Department of Correction, Legal Division, 70 Franklin Street, Suite 600, Boston, Massachusetts 02110; Deval L. Patrick, Governor of the Commonwealth of Massachusetts, Massachusetts State House, Office of the Governor, Room 105, Boston, Massachusetts 02133; Lynn Bissonnette, MCI-Framingham, 99 Loring Drive, P.O. Box 9007, Framingham, Massachusetts 10701.

                                                /s/ Jessie J. Rossman
                                                Jessie J. Rossman