UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Jane Doe, individually and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>v.<br><br>Deval L. Patrick, Governor of the Commonwealth of Massachusetts; Massachusetts Department of Correction; Luis S. Spencer, Commissioner of the Massachusetts Department of Correction; and Lynn Bissonnette, Superintendent of the Massachusetts Correctional Institution at Framingham<br><br>       Defendants. | CIVIL ACTION<br>No. 1:14-cv-12813-JCB |

## **NOTICE OF APPEARANCE**

Please enter on the docket my appearance as counsel for the defendant, Deval L. Patrick, Governor of the Commonwealth of Massachusetts.

       Respectfully submitted,

       DEVAL L. PATRICK,

       By his attorneys,

       MARTHA COAKLEY
       ATTORNEY GENERAL

       /s/ John M. Stephan
       John M. Stephan, BBO #649509
       Assistant Attorney General
       Government Bureau
       Office of the Massachusetts Attorney General
       One Ashburton Place, 20th Floor
       Boston, Massachusetts 02108
       (617) 963-2959
DATED: July 9, 2014    John.Stephan@state.ma.us

## CERTIFICATE OF SERVICE

      I certify that, on July 9, 2014, this document was filed through the Electronic Case Filing (ECF) system and thus copies of will be sent electronically to the registered participants identified on the Notice of Electronic Filing (NEF).  Paper copies will be sent to those indicated as non-registered participants on or before July 9, 2014.

      /s/ John M. Stephan  
      John M. Stephan  
      Assistant Attorney General