UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **JANE DOE**, individually and on behalf of all others similar situated,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>**DEVAL L. PATRICK**, Governor of the Commonwealth of Massachusetts; **MASSACHUSETTS DEPARTMENT OF CORRECTION**; **LUIS S. SPENCER**, Commissioner of the Massachusetts Department of Correction; and **LYNN BISSONNETTE**, Superintendent of the Massachusetts Correctional Institution at Framingham,<br><br>　　　　　Defendants. | Civil Action No. 1:14-cv-12813 |

### SUPPLEMENTAL MOTION FOR LEAVE TO PROCEED PSEUDONYMOUSLY

For the reasons set forth in Plaintiff's Memorandum of Law in Support of Her Motion to Proceed Pseudonymously (Docket Entry 5), Plaintiffs hereby move for an Order granting Jane Doe 2 and Jane Doe 3 leave to proceed in this case under pseudonyms to prevent the public disclosure of their mental health status. Plaintiffs also respectfully request that the Court grant leave for any additional plaintiffs to be joined to this litigation to proceed under pseudonyms, as reflected in the Proposed Order accompanying this Supplemental Motion.

### CERTIFICATION WITH RESPECT TO LOCAL RULE 7.1(A)(2)

Counsel for the Massachusetts Department of Correction, Commissioner Spencer, and

Superintendent Bissonnette assent to this motion.  Counsel for Governor Patrick did not respond to communications requesting a meet and confer regarding this motion.

Dated:   July 17, 2014                    Respectfully submitted,

/s/ William F. Lee
William F. Lee (BBO# 291960)
Lisa J. Pirozzolo (BBO# 561922)
Sean K. Thompson (BBO# 624880)
WILMER CUTLER PICKERING
 HALE AND DORR, LLP
60 State Street
Boston, MA  02109
Telephone:  617-526-6000
Facsimile:  617-526-5000
william.lee@wilmerhale.com
lisa.pirozzolo@wilmerhale.com
sean.thompson@wilmerhale.com

Matthew R. Segal (BBO# 654489)
Jessie J. Rossman (BBO# 670685)
AMERICAN CIVIL LIBERTIES UNION
 FOUNDATION OF MASSACHUSETTS
211 Congress Street, 3rd Floor
Boston, MA  02110
Telephone:  617-482-3170
Facsimile:  617-451-0009
msegal@aclum.org
jrossman@aclum.org

Robert D. Fleischner (BBO# 171320)
Samuel R. Miller (BBO# 624969)
   (*pro hac vice*)
CENTER FOR PUBLIC REPRESENTATION
22 Green Street
Northampton, MA  01060
Telephone:  413-586-6024
Facsimile:  413-586-5711
rfleischner@cpr-ma.org
smiller@cpr-ma.org


James R. Pingeon (BBO# 541852)
Bonita P. Tenneriello (BBO# 662132)
PRISONERS' LEGAL SERVICES
10 Winthrop Square, 3rd Floor
Boston, MA  02110
Telephone:  617-482-2773
Facsimile:  617-451-6383
jpingeon@plsma.org
btenneriello@plsma.org


*Attorneys for Plaintiffs*

Certificate of Service

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on July 17, 2014.

/s/ William F. Lee
William F. Lee