UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Jane Doe, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>Deval L. Patrick, Governor of the Commonwealth of Massachusetts; Massachusetts Department of Correction; Luis S. Spencer, Commissioner of the Massachusetts Department of Correction; and Lynn Bissonnette, Superintendent of the Massachusetts Correctional Institution at Framingham,<br><br>        Defendants. | CIVIL ACTION<br>No. 1:14-cv-12813-JCB |

## ASSENTED-TO MOTION TO ENLARGE THE TIME TO RESPOND TO MOTION FOR CLASS CERTIFICATION BY ONE DAY

The defendants respectfully moves to enlarge the time for their response to the plaintiffs' motion for class certification by one day to August 12, 2014.

As grounds for this motion, the defendants state that the parties are conferring in the hopes of reaching agreement on a proposed class definition and additional time is required to complete such discussions.

In light of this, the defendants respectfully request that the time for their response to the plaintiffs' motion for class certification be extended by one day to August 12, 2014.

## CERTIFICATION WITH RESPECT TO LOCAL RULE 7.1(A)(2)

The undersigned counsel has conferred with counsel for plaintiffs, who have assented to this motion.

> Respectfully submitted,
>
> DEVAL L. PATRICK, MASSACHUSETTS DEPARTMENT OF CORRECTION, LUIS S. SPENCER, and LYNN BISSONNETTE,
>
> By their attorney,
>
> MARTHA COAKLEY
> ATTORNEY GENERAL
>
> /s/ John M. Stephan
> John M. Stephan, BBO #649509
> Assistant Attorney General
> Government Bureau
> Office of the Massachusetts Attorney General
> One Ashburton Place, 20th Floor
> Boston, Massachusetts 02108
> (617) 963-2959

DATED: August 11, 2014          John.Stephan@state.ma.us

## CERTIFICATE OF SERVICE

I certify that, on August 11, 2014, this document was filed through the Electronic Case Filing (ECF) system and thus copies of will be sent electronically to the registered participants identified on the Notice of Electronic Filing (NEF). Paper copies will be sent to those indicated as non-registered participants on or before August 11, 2014.

> /s/ John M. Stephan
> John M. Stephan
> Assistant Attorney General